No. 03–1047.  ADAIR ET AL. *v.* ALABAMA DEPARTMENT OF ECONOMIC AND COMMUNITY AFFAIRS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–1048.  IGARTUA DE LA ROSA *v.* OFFICE OF GOVERNMENTAL ETHICS OF PUERTO RICO.  Sup. Ct. P. R.  Certiorari denied.

No. 03–1054.  PRYOR ET AL. *v.* CITY OF LANSING, MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 03–1078.  BROWN *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–1087.  SABATER *v.* BIAS.  C. A. 5th Cir.  Certiorari denied.

No. 03–1090.  PORTER ET UX. *v.* BANKNORTH, N. A., ET AL.  App. Ct. Mass.  Certiorari denied.

No. 03–1091.  NAPOLI *v.* FIRST UNUM LIFE INSURANCE CO.  C. A. 2d Cir.  Certiorari denied.

No. 03–1099.  KINDER *v.* LOSHONKOHL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 03–1102.  ON THE HOUSE SYNDICATION, INC., ET AL. *v.* FEDERAL EXPRESS CORP.  C. A. 9th Cir.  Certiorari denied.

No. 03–1104.  FINANDER *v.* BURRELLE'S INFORMATION SERVICES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–1119.  MORRIS *v.* RUMSFELD, SECRETARY OF DEFENSE.  C. A. 11th Cir.  Certiorari denied.

No. 03–1139.  VAN VOORHIS, JUDGE, SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY *v.* CALIFORNIA COMMISSION ON JUDICIAL PERFORMANCE.  Sup. Ct. Cal.  Certiorari denied.

No. 03–1145.  MCMULLEN *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.